# EXHIBIT A



**Manpower**
Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024

196 1 75206 ********************AUTO**5-DIGIT 48933
Fredrick L Cooper



August 11, 2025

Subject: Notice of Data Security Incident

Dear Fredrick L Cooper:

The purpose of this communication is to notify you of a data security incident experienced by Manpower of Lansing MI, Inc. ("Manpower of Lansing") which may have affected your personal information. Manpower of Lansing takes the privacy and security of all information in its possession very seriously. That is why we are notifying you of the event and providing you with resources to help protect your information. We encourage you to read this letter carefully and follow the steps outlined below.

**What Happened?** On January 20, 2025, we experienced an IT outage that disrupted access to certain local systems. After detecting and promptly containing the incident, we launched an investigation with the support of external cybersecurity experts to learn more about the scope of the incident and any impact to data. Through that investigation, we learned of information suggesting that an unknown actor gained unauthorized access to our network between December 29, 2024 and January 12, 2025 and potentially acquired certain files, some of which may have contained certain individuals' personal information. On or about July 28, 2025, Manpower of Lansing learned that your personal information may have been involved in connection with the incident which is the reason for this notification.

**What Information Was Involved?** We believe that the information involved in this incident may have included your name along with your Social Security number.

**What We Are Doing.** As soon as we discovered this incident, we launched an investigation and took steps to secure our IT environment, including implementing enhanced security measures to help prevent a similar incident from occurring in the future. Manpower of Lansing also notified the Federal Bureau of Investigation and will provide whatever cooperation is necessary to hold the perpetrator(s) of the incident accountable.

In addition, Manpower of Lansing is offering you the opportunity to enroll in complimentary Equifax credit monitoring and identity theft protection services through Equifax, a data breach and recovery services expert. Equifax Credit Watch™ Gold protection services include: 12 months of credit monitoring, daily access to your Equifax credit report, WebScan notifications, fraud alerts, fully managed identity theft recovery services, and a $1,000,000 insurance reimbursement policy.

To enroll in monitoring services, please visit *www.equifax.com/activate* and use the Enrollment Code 358211884397. Please note the deadline to enroll is November 30, 2025.

**What You Can Do.** We encourage you to enroll in the complimentary credit protection services we are offering. With this protection, Equifax can help you resolve issues if your identity is compromised. Please also review the guidance at the end of this letter which includes additional resources you may utilize to help protect your information.