UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**CASE ASSIGNMENT REVIEW**

Case No. 1:25-cv-969 appears to require review regarding its potential relation to:

Judge: Phillip J. Green    Case No.:  1:25-cv-967; 1:25-cv-966; 1:25-cv-958; 1:25-cv-956

Pursuant to Local Civil Rule, I determine the newly filed case:

- ☐ relates to property involved in an earlier numbered pending suit (3.3.1(d)(iii)(A)(1)) (related)

- ☒ arises out of the same transaction of occurrence and involves one or more of the same parties as a pending suit (3.3.1(d)(iii)(A)(2)) (related)

- ☐ involves the validity or infringement of a patent already in suit in any pending earlier numbered case (3.3.1(d)(iii)(A)(3)) (related)

- ☐ is a refiling of an earlier case that was dismissed or remanded to state court (3.3.1(d)(i)) (refiling)

- ☐ is a subsequent proceeding to another case (3.3.1(d)(ii)) (subsequent)

Findings:

- ☒ The matters are deemed related, a refiling, a subsequent proceeding, or otherwise subject to L.Civ.R. 3.3.1(d) and shall be assigned to the presiding judge of the earliest filed case.

- ☐ The matters are not related. Case shall be randomly assigned.

- ☐ The matters are potentially cognate cases under L.Civ.R. 3.3.2(c)(i). Case shall be randomly assigned. The undersigned will send a recommendation to the affected judges.

- ☐ The matters are such that there is a sufficient basis to believe that judicial economy may be served by the assignment to a single judge under L.Civ.R. 3.3.2(b)(iii). Case shall be randomly assigned. The undersigned will send a recommendation to the affected judges.

Date: August 25, 2025                                      /s/ Phillip J. Green
                                                           United States Magistrate Judge