UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDRICK COOPER,

        Plaintiff,                      Case No. 1:25−cv−00969−PLM−PJG

v.                                   Hon. Paul L. Maloney

MANPOWER OF LANSING, MICHIGAN,
INC.,

        Defendant.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

      NOTICE is hereby given that the above−captioned case was filed in this court on August 19, 2025 .   The case has been assigned to Paul L. Maloney .

CLERK OF COURT

Dated:  August 26, 2025        By:   /s/ N. Scanlon_____
                                                 Deputy Clerk