Case 1:25-cv-00969-PLM-PJG   ECF No. 6, PageID.56   Filed 09/04/25   Page 1 of 1

WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4  (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FREDRICK COOPER,

        Plaintiff(s),

Case No. 25-cv-00969

v.

Hon. Paul L. Maloney

MANPOWER OF LANSING, MI INC,

        Defendant(s).
_____/

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1, Manpower of Lansing, MI Inc. (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: September 4, 2025

/s/ Timothy J. Lowe
(Signature)
Timothy J. Lowe (P68669)
McDonald Hopkins, PLC
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI 48304
(248) 220-1359
tlowe@mcdonaldhopkins.com