# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Frederick Cooper

v.

Manpower of Lansing, Michigan, Inc.

Case No. 1:25-cv-969
Hon. Paul L. Maloney

TO: Manpower of Lansing, Michigan, Inc.
ADDRESS: c/o Kristi E. Bernhardt
741 N. Cedar Street
Lansing, MI 48906

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Josh Sanford
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy., Ste. 510
Little Rock, AR 72211

CLERK OF COURT



By: Deputy Clerk

August 26, 2025
Date

## PROOF OF SERVICE

This summons for ____Manpower of Lansing, Michigan, Inc.____ was received by me on _____.
(name of individual and title, if any)                                                                (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                                                (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                           (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                              (date)

☐ I served the summons on _____, who is designated by law to accept service
                                                (name of individual)
of process on behalf of _____ on _____.
                                    (name of organization)                                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

                                                                        _____
                                                                        Server's signature

Additional information regarding attempted service, etc.:
                                                                        _____
                                                                        Server's printed name and title

                                                                        _____
                                                                        Server's address

Civil Action No.  **1:25-cv-969**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Manpower of Lansing, Michigan, Inc.**
was recieved by me on  **9/25/2025:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Kristi E. Bernhardt**, who is designated by law to accept service of process on behalf of **Manpower of Lansing, Michigan, Inc.** at **741 N Cedar St Ste 200, Lansing, MI 48906** on **09/29/2025 at 10:27 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 90.10** for services, for a total of **$ 90.10**.

I declare under penalty of perjury that this information is true.

Date:  09/29/2025

_____
*Server's signature*

**Daniel Vazquez Ramirez**
*Printed name and title*

**101 Parkwest Dr
2H9
Lansing, MI 48917**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Kristi E. Bernhardt who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**




Tracking #: **0188382384**